IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

JESSE ROBERT FORD,                                           CV. 05-1176-MO

         Petitioner,                             ORDER

    v.

GUY HALL,

         Respondent.

MOSMAN, District Judge.

    Petitioner's Motion for Voluntary Dismissal of Petition for Writ of Habeas Corpus Without Prejudice (#10) is GRANTED. This case is DISMISSED, without prejudice.

    IT IS SO ORDERED.

    DATED this __13th__ day of February, 2006.

                                     __/s/Michael W. Mosman__
                                        Michael W. Mosman
                                        United States District Judge